

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2022

**BY EMAIL**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Konstantin Malofeyev*, S1 21 Cr. 676 (LAK)

Dear Judge Willis:

    On April 4, 2022, Konstantin Malofeyev was charged in the above-referenced sealed indictment, and a warrant was subsequently issued for his arrest. We are hereby writing to request that Your Honor enter an order unsealing the indictment against Malofeyev.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Thane Rehn
    Jessica Greenwood
    Assistant United States Attorneys
    (212) 637-2354/1090

SO ORDERED:

*[signature]*
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
April 5, 2022